# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-5114
_____

CONTESSA KOPP,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

October 1, 2019


PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), the Court directed Appellant to show cause why the appeal should not be dismissed as untimely. In response, Appellant concedes that the notice of appeal was filed more than 30 days after rendition of the order to be reviewed. We therefore dismiss this case for lack of jurisdiction. *See* Fla. R. App. P. 9.110(b).

DISMISSED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.